## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

DAVID PHILLIPS )
)
          Plaintiff, )
)
v. )  Case No. 6:18-cv-00418-RWS
)
CREDIT PROTECTION )
ASSOCIAION, L.P. )
)
          Defendant. )

## ORDER

Before the Court is Plaintiff's voluntary notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Docket No. 5. It is therefore

**ORDERED** that all claims by Plaintiff David Phillips against Defendant Credit Protection Association, L.P. are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

**SIGNED this 17th day of April, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE